IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED YASIN ALI (2) and KHADAR JIGRE ADAN (3),<br><br>Defendants. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 22-cr-222 (NEB/TNL)<br>Date: August 22, 2023<br>Court Reporter: Renee Rogge<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Time Commenced: 10:35 a.m<br>Time Concluded: 10:45 a.m.<br>Time in Court: 10 minutes |
|---|---|

**APPEARANCES:**
  Plaintiff:    Matthew Ebert, Assistant U.S. Attorney
  Defendants:  Jordan Kushner, CJA Appointed Attorney for Ali
              William J. Mauzy, Retained Attorney for Adan

Interpreter: Osman Abdulle/Somali

**HEARING:**
All pretrial motions are ruled upon by the Magistrate Judge. No dispositive motions were filed. This case is trial ready. The Court will allow the parties to meet and confer on a join trial date with the proper exclusion of speedy trial. The parties have until September 5, 2023 to work on a joint trial date and motion. If nothing is filed by September 5, 2023, the Court will set a trial date.

Date: August 22, 2023

s/Kristine Wegner
Signature of Courtroom Deputy
to Judge Nancy E. Brasel