UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-222 (2) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR TRAVEL OUTSIDE MINNESOTA** |
| AHMED YASIN ALI, | |
| Defendant. | |

This matter is before the Court on Defendant Ahmed Yasin Ali's Motion for Permission to Travel to Somalia and India for a period of up to sixty days to attend to his brother's medical needs. (ECF No. 131.) The Government opposes the travel request (ECF 133.)

The Court has taken requests for international travel in this case on an individual basis. Given the documentation that Mr. Ali provided, the reasons for his travel, and his compliance with pretrial release conditions so far in the case, Mr. Ali's Motion to Travel Outside Minnesota (ECF No. 131) is GRANTED. Ali shall return to Minnesota on or before January 29, 2024 and report to Pretrial Services within 24 hours.

Dated: November 21, 2023

s/Nancy E. Brasel
Nancy E. Brasel
United States District Court Judge