UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-222 (3) (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL AUTHORIZATION** |
| KHADAR JIGRE ADAN, | |
| Defendant. | |

This matter is before the Court on Defendant Khadar Jigre Adan's Motion for Permission to Travel to Kenya, Ethiopia, and Dubai for business purpose starting on or about April 16, 2024 and returning no later than June 5, 2024 (ECF No. 142). Significantly, neither the Government nor the Probation and Pretrial Services Office oppose the request. Defendant has already traveled out of the country twice on July 17, 2023 and September 24, 2023, and each time he returned as ordered.

The Court has taken requests for international travel in this case on an individual basis. Given the Defendant's compliance while on pretrial release and successful return from prior international travel, and for the reasons set forth in Mr. Adan's unopposed motion, Mr. Adan's Motion to Travel Outside Minnesota (ECF No. 142) is GRANTED. Defendant shall provide his Pretrial Services Office with the final travel itinerary, abide by his pretrial release conditions while traveling and report to the US Probation and Pretrial Services Office within

24 hours after his return to the United States.

Dated: March 7, 2024                                             s/Nancy E. Brasel
                                                                 Nancy E. Brasel
                                                                 United States District Court Judge