UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-222 (NEB/TNL) |
| Plaintiff, | |
| v. | **MOTION TO JOIN GOVERNMENT'S MOTION TO CONTINUE TRIAL** |
| KHADAR JIGRE ADAN, | |
| Defendant. | |

Khadar Jigre Adan, by and through his undersigned attorneys, respectfully joins the Government's motion to continue his present case from the August 19, 2024 trial date. [Dkt. 150] Adan agrees with the Government's concern that the recent events concerning alleged juror bribery will generate significant pretrial publicity that would be highly prejudicial to Adan's case. Adan joins in the government's request to continue the date of his trial to a date to be set in the future.

Dated: June 12, 2024              Respectfully submitted,

  /s/ *William J. Mauzy*
William J. Mauzy (#68974)
William R. Dooling (#0402244)
Mauzy Law Office, PA
650 Third Avenue South
Suite 260
Minneapolis, MN 55402
(612) 340-9108
wmauzy@mauzylawfirm.com
wdooling@mauzylawfirm.com
*Attorneys for Defendant*