# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# PLEA AGREEMENT HEARING

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMED YASIN ALI,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:   22-cr-222 (2) (NEB/DTS)<br>Date:   August 22, 2025<br>Court Reporter:   Renee Rogge<br>Courtroom:   13W<br>Time Commenced:   3:10 p.m.<br>Time Concluded:   4:00 p.m.<br>Time in Court:   50 minutes |
|---|---|

APPEARANCES:
  Plaintiff:   Harry Jacobs, Assistant U.S. Attorney
  Defendant:   Jordan Kushner, CJA Appointed Attorney

Interpreter: Ayderus Ali/Somali

PROCEEDINGS:

ARRAIGNMENT:
  ☒ Waived Reading of Charges   ☒ Advised of Rights   ☒ Waiver of Indictment
  on   ☐ Third Superseding Indictment   ☒ Information   ☐ Complaint

CHANGE OF PLEA HEARING:

PLEA:
☒ Guilty plea entered as to Count 1 of the Information.
☒ Presentence Investigation Report Requested.
☒ Defendant is released on bond conditions.


Date: August 22, 2025                                    s/Kristine Wegner
                                                         Courtroom Deputy to Judge Nancy E. Brasel