UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-222 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR TRAVEL OUTSIDE MINNESOTA** |
| LIBAN YASIN ALISHIRE, | |
| Defendant. | |

---

This matter is before the Court on Defendant Liban Yasin Alishire's Motion for Permission to Travel to Arizona for a period of one week to visit his sister in the hospital. (ECF No. 240.)

Defendant has remained compliant with the terms of his pretrial release since the Indictment over three years ago. Defendant has traveled successfully outside the United States without incident. Based on the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant Liban Yasin Alishire's Motion to Travel is GRANTED. Defendant Liban Yasin Alishire may travel to Arizona for a period of one week. Defendant shall schedule to meet with his U.S. Probation and Pretrial Services Officer on Monday, September 22, 2025 to obtain his passport as the Defendant does not have a Real ID. Defendant shall provide his U.S. Probation and Pretrial Services Officer with his travel itinerary on Monday. Defendant shall comply with all aspects with his

conditions of release during his travel to Arizona and return his passport within 24 hours of his return to Minnesota.

Dated: September 19, 2025               s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Court Judge