# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 22-cr-222 (3) (NEB/DTS) |
| | Date: November 5, 2025 |
| KHADAR JIGRE ADAN, | Courthouse: Minneapolis |
| | Courtroom: 13W |
| Defendant. | Court Reporter: Renee Rogge |
| | Time Commenced: 2:00 p.m. |
| | Time Concluded: 2:20 p.m. |
| | Time in Court: 20 minutes |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

    For Plaintiff:    Harry Jacobs, Assistant U.S. Attorney
    For Defendant:    William Mauzy and William Dooling, Retained Attorneys

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | PROBATION |
|---|---|---|
| 1 | X | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ $1,000.00 is due in restitution.
☒ Special assessment in the amount of $25.00 is due immediately.
☒ The Indictment as to this defendant which includes counts 1-3, 7 and 15 is dismissed on motion by the Government.
☒ Defendant is released on probation conditions.

Date: November 5, 2025

                                                                                                                  s/Kristine Wegner
                                                                                                    Courtroom Deputy to Judge Nancy E. Brasel