UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-cr-222(03) NEB/DTS

UNITED STATES OF AMERICA,

Plaintiff,

v.

KHADAR JIGRE ADAN,

Defendant.

SATISFACTION OF
MONETARY IMPOSITION
AND RELEASE OF
ABSTRACT

The monetary imposition in this matter of $1,025.00, including restitution of $1,000.00 and a special assessment of $25.00, has been paid in full.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Dakota, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's Office of Dakota County, as Document No. 3703626, in the amount of $1,025.00.

Dated: 2/23/2026

DANIEL N. ROSEN
United States Attorney

BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
300 South Fourth Street
600 U.S. Courthouse
Minneapolis, MN 55415
(612) 664-5600
craig.baune@usdoj.gov