# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:          22-cr-222 (2) (NEB/DTS) |
| | ) | Date:              August 4, 2026 |
| v. | ) | Courthouse:     Minneapolis |
| | ) | Courtroom:      13W |
| AHMED YASIN ALI, | ) | Court Reporter:  Renee Rogge |
| | ) | Time Commenced: 4:30 p.m. |
| Defendant. | ) | Time Concluded:  5:02 p.m. |
| | ) | Time in Court:    32 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
    For Plaintiff:    Rebecca Kline, Assistant U.S. Attorney
    For Defendant:    Jordan Kushner, CJA Appointed Attorney

**Interpreter:** Ayderus Ali/Somali

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | PROBATION |
|:---:|:---:|:---:|
| 1s | X | 1 year |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $61,425 is due immediately.
☒ Special assessment in the amount of $100.00 due immediately.
☒ Counts 1-3, 7, 14 and 21 of the Indictment are dismissed on motion by the Government.
☒ ECF No. 296 may be unsealed.
☒ Defendant is released on his probation conditions.

Date: August 4, 2026

        s/Kristine Wegner
        Courtroom Deputy to Judge Nancy E. Brasel